UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REGAL WEST CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Z GLOBAL LOGISTICS LLC,<br><br>　　　　　Defendant. | CASE NO. C23-5328 BHS<br><br>ORDER |

This matter comes before the Court on Defendant Z Global Logistics LLC's unopposed Motion for Extension of Time to File Answer, Dkt. 10. Z Global asserts it needs until May 4, 2023, to respond because of storms and flooding near its counsel's office. *Id.* Plaintiff Regal West Corporation does not oppose the motion and it is therefore **GRANTED**. Z Global may respond to Regal West's complaint by May 4, 2023.

　　　IT IS SO ORDERED.

　　　Dated this 24th day of April, 2023.

　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1